178 So. 925

### Missouri POSTEN v. STATE.
### 8 Div. 566.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Appeal dismissed.

176 So. 925

### Jake POWELL, Jr., v. STATE.
### 4 Div. 316.

Court of Appeals of Alabama.
Nov. 9, 1937.

RICE, Judge.
Appeal dismissed.

178 So. 926

### James PRATER v. STATE.
### 8 Div. 553.

Court of Appeals of Alabama.
Feb. 1, 1938.

SAMFORD, Judge.
Appeal dismissed.

183 So. 925

### R. B. PRYOR v. Margaret Pryor SCARBROUGH.
### 2 Div. 648.

Court of Appeals of Alabama.
Aug. 2, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

181 So. 924

### Elbert PRUITT v. STATE.
### 6 Div. 260.

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

176 So. 925

### John PURSE, alias, Bailey, v. STATE.
### 2 Div. 632.

Court of Appeals of Alabama.
Nov. 9, 1937.

T. B. Ward and J. M. Ward, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.